No. 95–9486. GARNER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–9487. TAYLOR v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 95–9488. CARTER v. BOWLEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–9489. BARTON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–9490. BREWINGTON v. WOODARD, SUPERINTENDENT, JOHNSTON CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied.

No. 95–9491. RODRIGUEZ v. UNITED STATES; and
No. 96–5097. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 84 F. 3d 431.

No. 95–9492. BOLTON v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9493. BURGESS v. NITZSCHKE. Dist. Ct., Town of Durham, N. H. Certiorari denied.

No. 95–9494. BRYANT v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–9495. COTTON v. HILBIG ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9496. BARTH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9497. FERGURSON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 95–9498. HOSNA ET AL. v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–9499. HENAO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9500. WIMBERLY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.